In the Matter of the Accounting of GEORGE W. FISCHER, as Executor of VIRGINIUS B. HIRST, Deceased, Respondent. HARRIET E. HIRST, Appellant; LEONARD FARBSTEIN, as Substituted Special Guardian for JANE HIRST and Others, Infants, Respondents.

Argued March 1, 1955; decided March 11, 1955.

*Douglas M. Amann* and *Jacob P. Howard* for appellant.

*Donald M. Harris, Lean Schaefler* and *Charles M. Arak* for George W. Fischer, respondent.

*Leonard Farbstein,* special guardian for Jane Hirst and others, infants, respondents.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.